**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 14-7610**

───────────

ALPHONZA LEONARD PHILLIP THOMAS, III,

             Plaintiff - Appellant,

    v.

OFFICER PORCHER; OFFICER HOPKINS; OFFICER SOLOMON,

             Defendants - Appellees.

───────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.   Thomas D. Schroeder, District Judge.  (1:12-cv-00223-TDS-JEP)

───────────

Submitted:  March 27, 2015              Decided:  April 6, 2015

───────────

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Alphonza Leonard Phillip Thomas, III, Appellant Pro Se.  William L. Hill, James Demarest Secor, III, FRAZIER HILL & FURY, RLLP, Greensboro, North Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alphonza Leonard Phillip Thomas, III, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thomas v. Porcher, No. 1:12-cv-00223-TDS-JEP (M.D.N.C. Sept. 30, 2014). We deny Thomas' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED